IN THE
TENTH COURT OF APPEALS


No. 10-16-00263-CV

ANDREW HUSBAND,

                                                    Appellant

 v.

ZEKES TRUCKING CO. INC., AND KELLY DARSEY,

                                                    Appellee

From the County Court at Law
Walker County, Texas
Trial Court No. 12308CV

## FINAL ORDER

No brief has been filed for Appellant.

Pursuant to Rules 38.8(a)(1) and 42.3 of the Texas Rules of Appellate Procedure, appellant is notified that the Court will dismiss this appeal, without further notification, for want of prosecution unless, within 21 days of the date of this Order, appellant files appellant's brief.

This Court has already extended the due date for the brief far longer than the time period contemplated by the rules. Moreover, appellant only responded with a motion

for extension of time to file the brief when notified the brief was late.  The brief is late,

again.  No further extensions will be granted.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed April 5, 2017

